STATE OF CONNECTICUT *v.* ANDREW ALEXANDER

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 1 (AC 29769), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*C. Robert Satti, Jr.,* senior assistant state's attorney, in opposition.

Decided September 17, 2009

NANCY P. TYLER *v.* RICHARD J. SHENKMAN-TYLER

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 521 (AC 30812), is denied.

NORCOTT, VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*William F. Gallagher* and *Hugh F. Keefe,* in support of the petition.

*Nancy P. Tyler,* pro se, in opposition.

Decided September 17, 2009